UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DWAYNE ANTHONY SCOTT     CIVIL ACTION

VERSUS

COMMISSIONER OF THE SOCIAL     NO.: 12-00736-BAJ-RLB
SECURITY ADMINISTRATION

RULING AND ORDER

On February 7, 2014, United States Magistrate Judge Richard L. Bourgeois, Jr. issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the final decision of the Commissioner of the Social Security Administration (the "Commissioner") be affirmed, and Plaintiff Dwayne Anthony Scott's ("Scott") appeal be dismissed, with prejudice. (Doc. 15.)

On February 21, 2014, Scott timely filed written objections to the Magistrate Judge's Report and Recommendation. (Doc. 16.) However, after carefully considering the Magistrate Judge's Report and Recommendation, Scott's written objections, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 15)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Commissioner's decision is **AFFIRMED**.

**IT IS FURTHER ORDERED** that Plaintiff Dwayne Anthony Scott's appeal is **DISMISSED**, with prejudice.

Baton Rouge, Louisiana, this 25th day of March, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**